# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-2338
Lower Tribunal No. CF22-005796-XX

———————————————

DAVID ROBERT AHRENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED